960

No. 91–7918. CONWAY-EL *v.* JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–7923. JONES *v.* INDIANAPOLIS POLICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7924. TAYLOR *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7927. THOMAS-EL *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 91–7931. MERCIER *v.* TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7937. MONTGOMERY *v.* WELLS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 91–7939. TURNER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–7942. GARNER *v.* ROTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–7949. ESPENSHADE *v.* PHILADELPHIA HIGHER EDUCATION AGENCY ET AL. Commw. Ct. Pa. Certiorari denied. ██

No. 91–7950. ANDRISANI *v.* VOGEL ET AL. C. A. 9th Cir. Certiorari denied. 

No. 91–7953. ROY *v.* SAN FRANCISCO POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied. 

No. 91–7954. CHASE *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 91–7957. BRIGAERTS *v.* CARDOZA ET AL. C. A. 9th Cir. Certiorari denied. 

No. 91–7969. HOFFMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 91–7973. FRANKLIN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.